400 A.2d 612

Commonwealth (Plymouth Township) v.
Pilcicki, Appellant.

Argued December 4, 1978. Joseph Bak, for appellant; Arthur Lefkoe, for Plymouth Township, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order of the court below is reversed and case is remanded for evidentiary hearing to determine whether appellant received notice of magistrate's hearing.